[No. 15049-6-III.    Division Three.    March 19, 1998.]

KEN L. HAUGEN, ET AL., *Appellants*, v. LAZY K
ENTERPRISES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 93-2-06007-1, William Grant, J. Pro
Tem., entered June 23, 1995. *Affirmed* by unpublished
opinion per Kato, J., concurred in by Schultheis, C.J., and
Kurtz, J.

[No. 16129-3-III.    Division Three.    March 19, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DOW,
*Appellant*.

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 95-1-50493-0, Philip Michael Raekes, J.,
entered October 1, 1996. *Affirmed* by unpublished opinion
per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown,
J.

[No. 16260-5-III.    Division Three.    March 19, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. VENICE LABREA
WILBERT, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-1-01175-5, Michael E. Donohue, J.,
entered October 31, 1996. *Affirmed* by unpublished opinion
per Schultheis, C.J., concurred in by Sweeney and Kato, JJ.

[No. 16537-0-III.    Division Three.    March 19, 1998.]

WAYNE GLADDEN, ET AL., *as Guardians, Appellants*, v.
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
*Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-2-00927-8, James M. Murphy, J.,
entered March 18, 1997. *Affirmed* by unpublished opinion
per Kato, J., concurred in by Schultheis, C.J., and Sweeney,
J.